UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ANGEL CHAVEZ, | ) NO. SACV 11-1377-VBF (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| LYDIA C. HENSE, WARDEN, | ) RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and petitioner's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 09/17/2012.

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE