**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL ANGEL CHAVEZ, | ) NO. SACV 11-1377-VBF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LYDIA C. HENSE, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 09/17/2012.

*Valerie Baker Fairbank*

_____
        VALERIE BAKER FAIRBANK
        UNITED STATES DISTRICT JUDGE